In the Matter of the Accounting of JOSEPH G. LEVY, as Guardian of the Property of EDITH LEVY, an Infant. EDITH L. GELLENS, Appellant; JOSEPH G. LEVY et al., Respondents.— Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of ADOLPH G. MAIER, Appellant, against EDWARD H. LEETE et al., Trustees, Constituting the Board of Education of Union Free School District No. 7, Town of Greenburgh, County of Westchester, Hartsdale, New York, Respondents.— No opinion. Present—.Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

In the Matter of the Accounting of ABRAHAM SHARFMAN et al., as Executors and Trustees of IDA WISOTSKY, Deceased, Respondents. TILLIE WISOTSKY, Appellant.— No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.